UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAYTON KIRSH, <br><br> Plaintiff, <br><br> v. <br><br> C/O MCWILLIAMS et al., <br><br> Defendants. | CASE NO. C11-6001-RBL-JRC <br><br> ORDER DIRECTING PLAINTIFF TO FILE COMPLETE SERVICE COPIES |

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. The Court has reviewed the complaint in this action (ECF No. 3). Plaintiff has not filed proper service copies. Plaintiff filed an address list and four copies of a statement of the claim that is only a few pages long. The complaint in this action is twenty pages long. The Court will not make service copies.

Plaintiff has until February 24, 2012, to file five complete copies of his complaint. The copies must be identical to the original document. Failure to comply with this order will result in

1   a Report and Recommendation that this action be dismissed for failure to comply with a court

2   order and failure to prosecute.

3        Dated this 24th day of January, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge