UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLAYTON KIRSH,<br><br>                Plaintiff,<br><br>   v.<br><br>C/O MCWILLIAMS et al.<br><br>                Defendants. | CASE NO. C11-6001 RBL-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Defendants motion for summary judgment is GRANTED and this action is dismissed with prejudice.

(3) In forma pauperis status is revoked for purpose of appeal.

DATED this 25th day of October, 2012.

                                                          Ronald B. Leighton
                                                          United States District Judge